# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| SUZANNE E. FOSS, | ) | 3:09-CV-0518-LRH (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 3, 2010 |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

PRESENT:  <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>    JENNIFER COTTER      </u>     REPORTER:  <u>NONE APPEARING   </u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING                          </u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING                          </u>

**MINUTE ORDER IN CHAMBERS:**

    Plaintiff has filed a Motion for Default Judgment (Doc. #16) and Defendant has responded to the Motion (Doc. #17).

    Plaintiff's Motion for Default Judgment (Doc. #16) is **DENIED**.

    **IT IS SO ORDERED.**

                LANCE S. WILSON, CLERK

                By: _____/s/_____
                       Deputy Clerk