## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| SUZANNE E. FOSS, | ) | 3:09-CV-0518-LRH (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 5, 2010 |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff has filed a Second Motion for Default Judgment (Doc. #19) and Defendant has responded to the Motion (Doc. #20).

   Plaintiff's Second Motion for Default Judgment (Doc. #19) is **DENIED**.

   **IT IS SO ORDERED.**

                                                                LANCE S. WILSON, CLERK

                                                                By:    /s/
                                                                         Deputy Clerk