1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                          DISTRICT OF NEVADA

8                                * * * * *

9  SUZANNE E. FOSS,                    )
                                       )  Case no.  3:09-cv-00518 LRH-RAM
10                    Plaintiff,        )
                                       )  ORDER
11  vs.                                )
                                       )
12  MICHAEL J. ASTRUE, Commissioner of )
    Social Security,                   )
13                                     )
                      Defendant.       )
14  _____

15        Before the court is Plaintiff's Motion for Fourth Request for Default Judgment and Strike

16  Remand of Case to Social Security Commission (#33)[1] and Defendant's Response to Motion

17  (#34).  The court previously entered its order directing Defendant to file a status report relevant

18  to this matter.

19        On October 19, 2013, Defendant filed its Status Report (#36) indicating that an expedited

20  hearing was held upon Plaintiff's claim and a decision was issued which was partially in

21  Plaintiff's favor, finding disability since November 6, 2002, and indicating that Plaintiff began

22  receiving benefits in October 2013.

23        It appearing that Defendant, Commissioner of Social Security, has conducted a long

24  delayed hearing concerning Plaintiff, said hearing appears to have been conducted in an

25  expedited fashion in the interest of curing the attendant delay which was pending relative to

26  Plaintiff's claim, and that Plaintiff has received partial relief as a result of the hearing and has

27  had avenues available to her in the event she wished to challenge the award following her

28  hearing, and good cause appearing,

_____

[1] Refers to the court's docketing number.

1    IT IS HEREBY ORDERED that Plaintiff's Motion for Fourth Request for Default

2 Judgment and Strike Remand of Case to Social Security Commission (#33) is hereby DENIED.

3    IT IS SO ORDERED.

4    DATED this 22nd day of November, 2013.

5

6

7                LARRY R. HICKS
                 UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28